Filing # 82371364 E-Filed 12/19/2018 04:12:44 PM

IN THE CIRCUIT COURT, THIRD
JUDICIAL CIRCUIT, IN AND FOR
COLUMBIA COUNTY, FLORIDA.

CASE NO: 18-446 CA

**GEORGEANNE BLOSE,**

    **Plaintiff,**

v.

**ALLSTATE FIRE AND CASUALTY
INSURANCE COMPANY**

    **Defendant.**

_____/

## COMPLAINT

**COMES NOW** the plaintiff, **GEORGEANNE BLOSE,** by and through her undersigned attorney, and sues the defendant, **ALLSTATE FIRE AND CASUALTY INSURANCE COMPANY,** and alleges:

1. This is an action for damages which exceed $15,000.00.

2. At all times material to this Complaint, the plaintiff, Georgeanne Blose, was and is a resident of Columbia County, Florida.

3. At all times material hereto, the defendant, Allstate Fire and Casualty Insurance Company, (hereinafter referred to as "Allstate") was and is a foreign corporation engaged in the insurance business in the State of Florida and which has an agent and representative in Columbia County, Florida.

Page 1 of 3

4. On or about March 20, 2018, one Benjamin Brewer, owned and operated a motor vehicle on I65 North in Robertson County, Tennessee.

5. At that time and place, the said Benjamin Brewer negligently operated or maintained the motor vehicle so that it collided with plaintiff's motor vehicle.

6. As a result, plaintiff suffered bodily injury and resulting pain and suffering, disability, disfigurement, mental anguish, loss of the capacity for the enjoyment of life, expense of hospitalization, medical and nursing care and treatment, loss of earnings, loss of ability to earn money, and aggravation of a previously existing condition. The losses are permanent and continuing and plaintiff will suffer the losses in the future.

7. At all times material hereto, the defendant, Allstate, issued and had in full force and effect a policy of automobile liability insurance #981 696 164 which, among other things, provided uninsured/underinsured motorist coverage applicable to the above described motor vehicle crash. A copy of the Renewal Auto Policy Declarations page is attached hereto as Exhibit "A". A copy of the actual policy of insurance is not in plaintiff's possession, but will be sought by prompt discovery hereafter.

8. At all times material hereto, the said Benjamin Brewer had a policy of automobile liability insurance with no bodily injury liability coverage or with BI coverage which is less than the total damages sustained by plaintiff in the above described motor vehicle crash.

9. Plaintiff has complied with all conditions precedent necessary for her to claim underinsured motorist benefits under the above described policy of insurance.

**WHEREFORE,** plaintiff demands judgment for damages against the defendant, together with costs of this action.

BY: _____
STEPHEN A. SMITH

FB#: 184438
P.O. Box 1792
Lake City, FL 32056-1792
(386) 752-7191
(386) 755-0503 (facsimile)
tomi@bellsouth.net

-and-

DUANE E. THOMAS, ESQUIRE
FB#: 202916
206 S. Marion Street
Lake City, FL 32025
(386) 755-5014
(386) 755-3093 (facsimile)
duane@duanethomas.org
paula@duanethomas.org
therese@duanethomas.org
ATTORNEYS FOR PLAINTIFF